IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BILLY GAINOUS,

    Plaintiff,

vs.                                    CASE NO. 5:11cv120/RS-GRJ

CITY OF PORT ST. JOE, FLORIDA;
KEN STARNES, Individually; and
JOE NUGENT, in his official capacity
as Sheriff of Gulf County, Florida,

    Defendants.
_____/

## ORDER

The relief requested by Defendant City of Port St. Joe's Unopposed Motion For Enlargement Of Time (Doc. 9) is **granted**.

**ORDERED** on May 27, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**