IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BILLY GAINOUS,**

    **Plaintiff,**

vs.                                          CASE NO. 5:11-cv-120/RS-GRJ

**JOE NUGENT, in his official capacity
As SHERIFF, GULF COUNTY, FLORIDA,
CITY OF PORT ST. JOE, FLORIDA, and
KEN STARNES, individually,**

    **Defendants.**
_____/

## ORDER

    Before me are the Defendant City of Port St. Joe's Motion for Partial Summary Judgment (Doc. 35) and Plaintiff's Response in Opposition (Doc. 45). The Motion is **DENIED**. The parties agree that Plaintiff may not recover damages for any arrests that occurred prior to April 27, 2007. Any reference to those arrests will not be considered by the trier of fact. In addition, the March 17, 2008, arrest is adequately pled. (*See* Doc. 1, ¶34). Finally, Plaintiff has cleared up the misunderstanding about Count VII. It arises under Section 1983.

**ORDERED** on September 20, 2011.

                                                           /S/ Richard Smoak
                                                           **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**